B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE

In re   Randall S. Adkins                                    Case No. _____
            Debtor                                                   Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A –** Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>Capital One | **Describe Property Securing Debt**:<br>2007 Yamaha Big Bear ATV |

Property will be *(check one)*:
  ☐ Surrendered         ☒ Retained

If retaining the property, I intend to *(check at least one)*:
  ☐ Redeem the property
  ☒ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
  ☐ Claimed as exempt         ☒ Not claimed as exempt

**PART B –** Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>None | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES     ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date:  October 13, 2014                                           /s/Randall S. Adkins
                                                                              Signature of Debtor


                                                                              _____
                                                                              Signature of Joint Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**

Re:  Randall S. Adkins                                    Case No. 14-51705
     Debtor(s)                                               Chapter 7

**CERTIFICATE OF SERVICE**

I hereby certify that an exact copy of the attached Statement of Intention has been served upon Attorney for U.S. Trustee, and Margaret Fugate, Chapter 7 Trustee via Electronic Notification and Capital One, P.O. Box 6492, Carol Stream, IL 60197 via U.S. Mail on the 13th day of October, 2014.

Dated: 10/13/2014                    /s/ Charles Parks Pope, BPR# 15617
                                     Attorney for Debtor(s)
                                     404 E. Watauga Ave.
                                     P.O. Box 6185
                                     Johnson City, TN 37601
                                     (423) 282-2512
                                     (423) 282-2703 – fax
                                     Charles@thepopefirm.com